# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SCOTT JACOBS, | ) | No. ED CV 10-816-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MATTHEW CATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  March 15, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE